Decisions on Petitions for Writs of Certiorari.

Denied April 14, 1902. *Mr. Lysander Hill* for the petitioner. *Mr. Leslie A. Gilmore* and *Mr. Frank P. Blair* opposing.

---

No. 620. DE GIGMAC *v.* UNITED STATES. Seventh Circuit. Denied April 14, 1902. *Mr. William S. Forrest* for the petitioners. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. S. H. Bethea* opposing.

---

No. 621. L. BUCKI & SON LUMBER COMPANY *v.* ATLANTIC LUMBER COMPANY. Fifth Circuit. Denied April 14, 1902. *Mr. H. Bisbee, Mr. George C. Bedell* and *Mr. James E. Padgett* for the petitioner. *Mr. Richard H. Liggett* opposing.

---

No. 624. UNITED STATES *v.* KLIPSTEIN & Co. Second Circuit. Denied April 14, 1902. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. Assistant Attorney General Hoyt* for the petitioner. *Mr. Albert Comstock* opposing.

---

No. 622. CABLE, ADMINISTRATRIX, *v.* UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK. Seventh Circuit. Granted April 14, 1902. *Mr. H. H. C. Miller* for the petitioner. *Mr. William G. Beale* opposing.

---

Nos. 600 and 608. BUNKER HILL AND SULLIVAN MINING AND CONCENTRATING COMPANY *v.* EMPIRE STATE–IDAHO MINING AND DEVELOPING COMPANY. Ninth Circuit. Denied April 21, 1902. *Mr. Curtis H. Lindley* for the petitioner. *Mr. W. P. Heyburn* opposing.

---

No. 625. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* CHARLES-